**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00285-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIAS ESCALANTE-BENCOMO,
    a/k/a Jose Guzman,
    a/k/a Arturo Gonzalez-Mendoza,

    Defendant.

**MINUTE ORDER**[1]

On March 2, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

    1. That on **May 18, 2012**, 2012, commencing at 10:00 a.m., the court shall conduct a sentencing hearing in this matter; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 2, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.