**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00285-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIAS ESCALANTE-BENCOMO,
    a/k/a Jose Guzman,
    a/k/a Arturo Gonzalez-Mendoza,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Due to a conflict arising on the court's calendar, the sentencing hearing set for 10:00 a.m. on May 18, 2012, is **VACATED** and is **CONTINUED** to **10:30 a.m.** on May 18, 2012. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.