IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00285-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELIAS ESCALANTE-BENCOMO,
    a/k/a Jose Guzman,
    a/k/a Arturo Gonzalez-Mendoza,

    Defendant.

## ORDER

    Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on September 26, 2013,

    **IT IS ORDERED** that Defendant Elias Escalante-Bencomo is sentenced to **time served**.

    Dated: September 26, 2013

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      ROBERT E. BLACKBURN,
                                      UNITED STATES DISTRICT JUDGE